An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM J. MCBRIEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61344

FILED

MAY 1 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



### ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of battery with the use of a deadly weapon resulting in substantial bodily harm constituting domestic violence and coercion. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant William McBrien contends that the district court should not have accepted his guilty plea because he had plausible defenses to the criminal charges. However, a valid guilty plea constitutes an admission of all the facts necessary for a conviction, *United States v. Cazares*, 121 F.3d 1241, 1246-47 (9th Cir. 1997), and "results in forfeiture of those defenses not explicitly preserved by entering conditional guilty plea," *United States v. Schweitzer*, 454 F.3d 197, 205 (3d Cir. 2006) (internal quotation marks omitted). McBrien has not challenged the validity of his guilty plea nor preserved these alleged defenses for appeal.

*See* NRS 174.035(3). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Linda Marie Bell, District Judge
       George R. Carter
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk